☐ VOID  ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0116 **2021** Form **1099-NEC** | **Nonemployee Compensation** |
|---|---|---|---|
| Terminal Cleaning Services, LLC<br>PO Box 26014<br><br>Overland Park, KS 66225<br>(913) 302-2656 | | **1** Nonemployee compensation<br>$ ■■■ | **Copy B**<br>**For Recipient** |
| PAYER'S TIN<br>■■■ | RECIPIENT'S TIN<br>■■■ | **2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | |
| RECIPIENT'S name<br>Alba A Munguia-Godinez<br>A's Services LLC | | **3** | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Street address (including apt. no.)<br>12204 E 49th Ter S | | **4** Federal income tax withheld<br><br>$ | |
| City or town, state or province, country, and ZIP or foreign postal code<br>Independence, MO 64055 | | | |
| | FATCA filing requirement ☐ | | |
| Account number (see instructions) | | **5** State tax withheld<br>$<br>$ | **6** State/Payer's state no. | **7** State income<br>$<br>$ |

Form **1099-NEC** (keep for your records) www.irs.gov/Form1099NEC Department of the Treasury - Internal Revenue Service

---

☒ VOID  ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0116 **2021** Form **1099-NEC** | **Nonemployee Compensation** |
|---|---|---|---|
| | | **1** Nonemployee compensation<br>$ | **Copy B**<br>**For Recipient** |
| PAYER'S TIN | RECIPIENT'S TIN | **2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | |
| RECIPIENT'S name | | **3** | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Street address (including apt. no.) | | **4** Federal income tax withheld<br><br>$ | |
| City or town, state or province, country, and ZIP or foreign postal code | | | |
| | FATCA filing requirement ☐ | | |
| Account number (see instructions) | | **5** State tax withheld<br>$<br>$ | **6** State/Payer's state no. | **7** State income<br>$<br>$ |

Form **1099-NEC** (keep for your records) www.irs.gov/Form1099NEC Department of the Treasury - Internal Revenue Service

Case 5:22-cv-06050-GAF   Document 3-1   Filed 05/04/22   Page 1 of 2

**Exhibit A**

☐ VOID ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0116 **2021** Form **1099-NEC** | Nonemployee Compensation |
|---|---|---|---|

A's Services LLC
12204 E 49 Terrace S
Independence, MO 64055

1 Nonemployee compensation
$ 4,867

Copy 2

RECIPIENT'S name, Street address (including apt. no.), City or town, state or province, country, and ZIP or foreign postal code

Andre Shimel Herring
Dancy
3212 Bellefontaine
Ave Kansas City MO 64130

2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐

3

4 Federal income tax withheld
$

5 State tax withheld
$
$

6 State/Payer's state no.
MO
0016935 37

7 State income
$
$

To be filed with recipient's state income tax return, when required

Account number (see instructions)

Form **1099-NEC**   www.irs.gov/Form1099NEC   Department of the Treasury - Internal Revenue Service

FORM # LNECRECST